(No. 75-CC-769— ▰. ⸱ ⸱ ⸱̃

BEVERLY FARM FOUNDATION, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 3, 1975.*

BEVERLY FARM FOUNDATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.